# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| MITAS ENDUSTRI SANAYI TICARET A.S., <br><br> Plaintiff, <br><br> v. <br><br> VALMONT INDUSTRIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 20-1285-CFC <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT VALMONT INDUSTRIES, INC.'S MOTION TO COMPEL ARBITRATION, OR IN THE ALTERNATIVE, MOTION TO DISMISS**

Defendant Valmont Industries, Inc. ("Valmont") respectfully moves this Court to compel arbitration or in the alternative to dismiss the complaint (D.I. 2) in its entirety. The grounds for Valmont's motion are set forth in its Opening Brief In Support of this Motion.

1

Dated: November 12, 2020

**OF COUNSEL**

William T. O'Brien, Esq.
(admitted *pro hac vice*)
John W. Lomas, Jr., Esq.
(admitted *pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
700 Sixth Street, NW
Washington, DC 20001
(202) 220-8236
williamobrien@eversheds-sutherland.us
johnlomas@eversheds-sutherland.us

**BAYARD, P.A.**

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (# 4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Valmont Industries, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITAS ENDUSTRI SANAYI TICARET A.S., | ) <br> ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 20-1285-CFC <br> ) |
| VALMONT INDUSTRIES, INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## **PROPOSED ORDER**

WHEREAS, the Court having considered Defendant Valmont Industries, Inc.'s Motion To Compel Arbitration, Or In The Alternative, Motion To Dismiss ("the motion");

IT IS HEREBY ORDERED that Defendant's Valmont Industries, Inc.'s motion is granted

Date:

                                       The Honorable Colm F. Connolly
                                       United States District Judge